1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    GARY ROBINSON,                              Case No. 3:12-cv-00525-MMD-WGC

10                              Plaintiff,
                                                 ORDER ACCEPTING AND ADOPTING
11        v.                                     REPORT AND RECOMMENDATION OF
                                                 MAGISTRATE JUDGE
12   LUIS LANDA, et al.,                         WILLIAM G. COBB

                                Defendants.
13

14        Before the Court is the Report and Recommendation of United States Magistrate

15   Judge William G. Cobb (dkt. no. 90) ("R&R") relating to Defendants' Motion for Summary

16   Judgment.   (Dkt. no. 83.) Plaintiff had until June 7, 2015, to object to the R&R. No

17   objection has been filed.

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

20   timely objects to a magistrate judge's report and recommendation, then the court is

21   required to "make a *de novo* determination of those portions of the [report and

22   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23   to object, however, the court is not required to conduct "any review at all . . . of any issue

24   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26   magistrate judge's report and recommendation where no objections have been filed. *See*

27   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28   of review employed by the district court when reviewing a report and recommendation to

which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. The Magistrate Judge recommended that plaintiff's motion for summary (dkt. no. 83) be granted. Upon reviewing the R&R and underlying briefs, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (dkt. no. 90) is accepted and adopted in its entirety.

It is ordered that Defendants' Motion for Summary Judgment (dkt. no. 83) is granted.  The Clerk is directed to enter judgment in Defendants' favor.

DATED THIS 16th day of June 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE